*E-Filed 2/21/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY POPOFF, | No. C 11-4703 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SHERIFF GREGORY AHERN, AND CAPTAIN KENNADY, | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days to (1) perfect his application to proceed *in forma pauperis* ("IFP") by filing a prison trust account statement detailing transactions for the last six months, or (2) pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed, and plaintiff has not perfected his IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing a complete IFP application or paying the filing fee. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED without prejudice. The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: February 21, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-4703 RS (PR)
ORDER OF DISMISSAL